OPINION — AG — **** LIQUEFIED PETROLEUM GAS — CONSIGNEE — REGISTRATION **** A "CONSIGNEE OR BULK PLANT AGENT" WHO DOES NOT COME WITHIN ONE OF THE EXPRESS EXCLUSIONS FROM REGISTRATION REQUIREMENTS MUST APPLY FOR AND OBTAIN A REGISTRATION PERMIT AS A PREREQUISITE TO ENGAGING IN THE LIQUEFIED PETROLEUM GAS BUSINESS UNDER 52 O.S. 1968 Supp., 420.4A [52-420.4A] DON TIMBERLAKE